# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JAMES S. HALVORSEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-2251 |
| COMMISSIONER OF SOCIAL SECURITY, sued as Michael J. Astrue, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on March 14, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#16) is DENIED.

(3) Defendant's Motion for an Order Which Affirms to Commissioner's Decision (#20) is GRANTED.

(4) This case is terminated.

ENTERED this 30th day of March, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE